UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61067-RAR

**POLAR VORTEX, LLC**,

    Plaintiff,

v.

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY YHL1700840**,

    Defendant.

_____/

**FINAL JUDGMENT**

    **THIS CAUSE** came before the Court for a bench trial on May 15, 16, 22, 23, 24, and 25, 2023. Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order on Bench Trial, [ECF No. 93], it is hereby

    **ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant, Underwriters at Lloyd's of London Subscribing to Policy Number YHL1700840, and against Plaintiff, Polar Vortex, LLC. Plaintiff shall take nothing by this action and Defendant shall go hence without day.

    **DONE AND ORDERED** in Miami, Florida, this 27th day of September, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**